```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 05423
   KIOWANNA WILLIAMS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6678

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/27/2007 and was not confirmed.

     The case was dismissed without confirmation 10/24/2007.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------

CITIFINANCIAL AUTO CREDI  SECURED VEHIC  17289.06           .00        542.99
GREAT AMERICN FINANCE     SECURED          250.00           .00         60.00
GREAT AMERICN FINANCE     UNSECURED     NOT FILED           .00           .00
ASSET ACCEPTANCE LLC      UNSECURED        452.54           .00           .00
CAVALRY PORTFOLIO SERVIC  UNSECURED     NOT FILED           .00           .00
CAVALRY PORTFOLIO SERVIC  UNSECURED     NOT FILED           .00           .00
CITY OF CHICAGO PARKING   UNSECURED        290.00           .00           .00
CREDIT PROTECTION         UNSECURED     NOT FILED           .00           .00
DEBT RECOVERY SOLUTION    UNSECURED     NOT FILED           .00           .00
DEPENDON COLLECTION SERV  UNSECURED     NOT FILED           .00           .00
DEPENDON COLLECTION SERV  UNSECURED     NOT FILED           .00           .00
GREAT AMERICN FINANCE     UNSECURED        222.74           .00           .00
H AND F LAW               UNSECURED     NOT FILED           .00           .00
MIDLAND CREDIT MANAGEMEN  UNSECURED        445.64           .00           .00
B-REAL LLC                UNSECURED        514.74           .00           .00
PARK DANSEN               UNSECURED     NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED        335.08           .00           .00
R&R COUNTRY               UNSECURED     NOT FILED           .00           .00
ECMC                      UNSECURED       7031.35           .00           .00
SALLIE MAE LSCF           UNSECURED     NOT FILED           .00           .00
CITIFINANCIAL AUTO CREDI  UNSECURED     NOT FILED           .00           .00
GREAT AMERICN FINANCE     NOTICE ONLY   NOT FILED           .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     1,964.00                       5.62
TOM VAUGHN                TRUSTEE                                       41.39
DEBTOR REFUND             REFUND                                          .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  650.00

PRIORITY                                            .00
SECURED                                          602.99
UNSECURED                                           .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 05423 KIOWANNA WILLIAMS
```

```
ADMINISTRATIVE                                                    5.62
TRUSTEE COMPENSATION                                             41.39
DEBTOR REFUND                                                      .00
                                       ---------------  ---------------
TOTALS                                          650.00           650.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 01/25/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE

```
                        PAGE   2
       CASE NO. 07 B 05423 KIOWANNA WILLIAMS
```